1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NOEL PHILLIPE SCOTT,              )   No. C 06-07244 JW (PR)
                                       )
12              Petitioner,            )   ORDER TO SHOW CAUSE
                                       )
13        vs.                          )
                                       )
14                                     )
     D. K. SISTO, Warden,              )
15                                     )
                Respondent.            )
16   _____ )

17

18        Petitioner, a state prisoner currently incarcerated at the California State Prison

19   - Solano in Vacaville, California, has filed a pro se petition for a writ of habeas

20   corpus under 28 U.S.C. § 2254 challenging a disciplinary hearing by Salinas Valley

21   State Prison ("SVSP") officials which found him guilty of being under the influence

22   of alcohol and assessed a 90 day loss of worktime credits.

23

24                            **BACKGROUND**

25        According to the petition, petitioner received a prison Rules Violation Report

26   ("RVR") on July 25, 2003, for violating a California Department of Corrections

27

28   Order to Show Cause
     P:\PRO-SE\SJ.JW\HC.06\Scott07244_osc.wpd

United States District Court
For the Northern District of California

regulation prohibiting inmates from "possession of inmate manufactured alcohol" after a correctional officer found what he believed to be inmate manufactured alcohol in petitioner's cell.  When a field test of the confiscated substance determined that it was not alcohol, petitioner was found not guilty of the possession charge, but instead found guilty of being under the influence of alcohol based on a sobriety test taken later that evening.  According to petitioner, the Medical Tech Assistant who administered the sobriety test told petitioner that he had passed the sobriety test.  However, the disciplinary hearing found him guilty of being under the influence on the basis that he had not passed the sobriety test.

Petitioner's state habeas petition was denied in superior court for failure to exhaust administrative remedies, and the California Supreme Court denied review on August 2, 2006.  Petitioner filed the instant federal habeas petition on November 11, 2006.  The Court dismissed the petition for failure to exhaust, and reopened the action after petitioner returned claiming he had fully exhausted.

# DISCUSSION

A.      Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  Id. § 2243.

B.      Legal Claims

Petitioner claims that the disciplinary hearing's decision finding him guilty of

being under the influence of alcohol does not comport with due process.  Petitioner claims that there is no evidence to support the decision, and that he was denied his right to present evidence and question witnesses.  Liberally construed, this claim appears cognizable under § 2254 and merits an answer from respondent.

### CONCLUSION

For the foregoing reasons and for good cause shown,

1.      The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California.  The clerk also shall serve a copy of this order on petitioner.

2.      Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

3.      Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

United States District Court

For the Northern District of California

1    4.    Petitioner is reminded that all communications with the court must be

2    served on respondent by mailing a true copy of the document to respondent's

3    counsel.  Petitioner must also keep the court and all parties informed of any change

4    of address.

5

6

7    DATED:  _June 25, 2009_____          _____

8                                                JAMES WARE

                                                 United States District Judge

9

10

United States District Court

For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

NOEL PHILLIPE SCOTT,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.
_____/

Case Number: CV06-07244 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Noel Phillips Scott E75935
CSP Solano State Prison
P.O. Box 4000
Vacaville, CA 95696

Dated: June 26, 2009

Richard W. Wieking, Clerk
/s/By: Elizabeth C. Garcia, Deputy Clerk